

70 P.3d 647

# SUPREME COURT OF HAWAI'I

**October 31, 2002**

| | | |
|---|---|---|
| 24592 | State v. Lucas | Affirmed |
| 24125 | State v. Salvador | Vacated and Remanded |

**May 9, 2003**

| | | |
|---|---|---|
| 24328 | Scott v. Borg-Warner Protective Service Corp. | Affirmed |

**May 13, 2003**

| | | |
|---|---|---|
| 23461 | State v. Hanson | Affirmed |

**May 20, 2003**

| | | |
|---|---|---|
| 25165 | Rogers v. Minoo | Affirmed |

**May 21, 2003**

| | | |
|---|---|---|
| 24958 | Male Child, In re Adoption of v. Roe | Affirmed |

**May 30, 2003**

| | | |
|---|---|---|
| 22562 | Hong v. Estate of Graham | Affirmed |
| 23658 | Doe Children, In re | Affirmed |

**June 9, 2003**

| | | |
|---|---|---|
| 25065 | State v. Macomber | Affirmed |

**June 13, 2003**

| | | |
|---|---|---|
| 22078 | Luke v. Association of Apartment Owners of Ridgecrest | Affirmed |

**June 18, 2003**

| | | |
|---|---|---|
| 25329 | Ramos v. State | Affirmed |